UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CONNIE M. FOLEY,

    Plaintiff,

v.                                                                      Case No. 2:05-cv-63
                                                                         CONSENT CASE

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that the decision of the Commissioner is AFFIRMED and plaintiff's request for disability benefits is DENIED.

IT IS SO ORDERED.

                                                          /s/ Timothy P. Greeley
                                                          TIMOTHY P. GREELEY
                                                          UNITED STATES MAGISTRATE JUDGE

Dated:  August 22, 2006